IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | Case No. 5:18CR50018-001 |
| | ) | |
| JOSEPH SNOW | ) | |
| AKA "JOEY SNOW" | ) | |

## FINAL ORDER OF FORFEITURE

On July 17, 2018, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 19). In the Preliminary Order of Forfeiture,

- A. LG cellular phone, S/N 604CYSF0135462
- B. SanDisk 4GB micro SD card

were forfeited to the United States pursuant to 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On August 21, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was September 18, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 17, 2018, shall become final at this time.

1

IT IS SO ORDERED this 15th day of November, 2018.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE TIMOTHY L. BROOKS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE